BUILDING SERVICE LOCAL 32B-J PENSION FUND et al., Respondents, v 101 LIMITED PARTNERSHIP, Appellant.

Decided May 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JUNIOR COLLINS, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted April 7, 2014; decided May 13, 2014

Motion, insofar as it seeks leave to appeal from the September 2013 Appellate Division judgment, dismissed as untimely; motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of DANIEL A. EHRING, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Decided May 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.